

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00341-CV
_____

ANGELA RENEE HOLLAND, Appellant

V.

MICHAEL FERGUSON II, Appellee

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-333187-22

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Parties' Joint Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 19, 2023